■ In the Matter of S. S. WIMAN, INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated August 16, 1976 and made after a hearing, which suspended petitioner's special on-premises liquor license for a period of 10 days. Petition granted and determination annulled, on the law, with costs, and charges dismissed. The evidence in the record is insufficient to support the determination (see *Matter of Italiano v State Liq. Auth.,* 35 AD2d 455). Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN H. ALBERT, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered June 25, 1976, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. Appellant's constitutional arguments with respect to section 70.06 of the Penal Law have no merit (see *People v Suarez,* 55 AD2d 963); *People v Brown,* 54 AD2d 585; *People v Butler,* 46 AD2d 422, 426). Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.